IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Wayne | Case Number: 08 B 08274 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 4/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 643.00 | |
| Secured: | | 601.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 41.79 |
| Other Funds: | | 0.00 |
| Totals: | 643.00 | 643.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 3,500.00 | 0.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Homewood Terrace Condominium Association | Secured | 3,574.21 | 601.21 |
| 4. | American Home Mortgage Servicing | Secured | 21,311.00 | 0.00 |
| 5. | Homewood Terrace Condominium Association | Unsecured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,599.19 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,988.61 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 150.00 | 0.00 |
| 9. | Central Financial Control | Unsecured | 1,560.50 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 13. | Presidio/CM | Unsecured | | No Claim Filed |
| 14. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| | | | $ 33,683.51 | $ 601.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 41.79 |
| | $ 41.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Wayne | Case Number:  08 B 08274 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  4/5/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

